```
                                          FILED
                                        NOV 27 2007
                                  CLERK, U.S. DISTRICT COURT
                                SOUTHERN DISTRICT OF CALIFORNIA
                                BY           p&M         DEPUTY
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Criminal Case No. 07CR3186-IEG |
|---|---|---|
| Plaintiff, | ) | I N F O R M A T I O N |
| v. | ) | Title 8, U.S.C., Sec. 1325 - Illegal Entry (Misdemeanor); |
| JESUS GUTIERREZ-ROBLES, | ) | Title 8, U.S.C., Sec. 1325 - Illegal Entry (Felony) |
| Defendant. | ) | |

The United States Attorney charges:

Count 1

On or about __8/20/1994__, within the Southern District of California, defendant JESUS GUTIERREZ-ROBLES, being an alien, unlawfully entered or attempted to enter the United States at a time and place other than as designated by immigration officers, and eluded examination and inspection by immigration officers, and attempted to enter or obtained entry to the United States by a willfully false or misleading representation or the willful concealment of a material fact; in violation of Title 8, United States Code, Section 1325, a misdemeanor.

//

//

JJO:jam:San Diego
11/02/2007

<u>Count 2</u>

On or about October 29, 2007, within the Southern District of California, defendant JESUS GUTIERREZ-ROBLES, being an alien, unlawfully entered or attempted to enter the United States at a time and place other than as designated by immigration officers, and eluded examination and inspection by immigration officers, and attempted to enter or obtained entry to the United States by a willfully false or misleading representation or the willful concealment of a material fact and previously committed the offense of illegal entry, as alleged in Count 1; all in violation of Title 8, United States Code, Section 1325, a felony.

DATED: 11/27/07

KAREN P. HEWITT
United States Attorney

JOSEPH J.M. ORABONA
Assistant U.S. Attorney